ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-182 DAD |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | DATE: April 13, 2026 |
| RONALD J. ROACH, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

I.    **PROCEDURAL HISTORY**

In October 2019, defendant Ronald Roach pleaded guilty, pursuant to a plea agreement, to a two-count Information charging him with Conspiracy to Commit an Offense Against the United States in violation of 18 U.S.C. § 371 (Count One) and Securities Fraud in violation of 15 U.S.C. §§ 77q(a) and 77x (Count Two).  ECF 1, 15.

II.    **SENTENCING RECOMMENDATION**

Consistent with the plea agreement, the United States of America ("government") recommends that the Court sentence Roach to the low end of the applicable guidelines range, subject to any additional motion the government may make.  The section 3553(a) sentencing factors support a low-end sentence.

Roach played a central role in the DC Solar fraud.  As DC Solar's accountant, he lied to investors and worked with others at the company to conceal the lack of third-party lease revenue.  ECF 60 at ¶ 23.  For example, he arranged for transfers from DC Solar Solutions to DC Solar Distributions to

GOVERNMENT'S SENTENCING
MEMORANDUM

1

be booked as cost of goods sold for DC Solar Solutions and revenue for DC Solar Distributions.  ECF 60 at ¶ 27.  This accounting practice gave investors the impression that DC Solar Distributions received significantly more third-party revenue than it did.  ECF 60 at ¶ 27.

On the other hand, Roach has readily accepted responsibility for his crimes.  ECF 60 at ¶¶ 42-45.  Roach and co-defendant Joseph Bayliss were the first DC Solar defendants to plead guilty when they entered guilty pleas on the same day in October 2019.  Roach also has no criminal history (ECF 60 at ¶¶ 66-68) and has not committed any new law violations in the nearly seven years since his guilty plea (ECF 60 at ¶ 3).

A sentence at the low end of the properly calculated guidelines range, subject to any additional motion the government may make, is sufficient but not greater than necessary to afford adequate deterrence, promote respect for the law, protect the public from further crimes, and to provide just punishment.  *See* 18 U.S.C. § 3553(a)(2).

### III.     RESTITUTION OBLIGATION

Roach's restitution obligation should be made joint and several in its entirety with the following DC Solar defendants:

- Jeff Carpoff, 2:20-cr-0017
- Ari Lauer, 2:23-cr-0261
- Paulette Carpoff, 2:20-cr-0018
- Robert Karmann, 2:19-cr-0222
- Ryan Guidry, 2:20-cr-0003
- Alan Hansen, 2:20-cr-0016
- Joseph Bayliss, 2:19-cr-0182

///
///
///
///
///

GOVERNMENT'S SENTENCING MEMORANDUM

IV.    <u>**CONCLUSION**</u>

For the reasons stated above, in the plea agreement, and in the PSR, the government recommends that the Court sentence Roach to the low end of the applicable guidelines range, subject to any additional motion the government may make.

Respectfully submitted,

Dated:  April 8, 2026

ERIC GRANT
United States Attorney

By:  /s/ NICHOLAS M. FOGG
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States
Attorneys

GOVERNMENT'S SENTENCING
MEMORANDUM

3